Hello, my name is Jeff Hardeman. Thank you for being with us. And this is the time that has been set for the matter involving the in-law Janice Haagensen. Numbers 108012 and 108036. Ms. Haagensen, you're present. Yes, good afternoon, Jeff. Ms. Haagensen, you're here by yourself, or you're not represented by counsel on this matter? No, ma'am. Okay. At this stage, at the outset of this hearing, the Attorney Disciplinary Committee of the Third Circuit, which is composed of Judge Amber, Judge Hardeman, and myself as chair, we are sitting as a committee of our court, and we're satisfied with dictates of Rule 10, Claim 1. We would like to have on record all of the items that were listed in the court's order of December 17, 2010, including sure cause orders issued in CA Miscellaneous Numbers 108013 and 108046, as well as Ms. Haagensen's responses. In addition, the record in this matter should also include the respondent's December 27 motion for a continuance, the committee's order of January 3, 2011, denying that continuance, but also the documents from the number 09-1957 referenced in our January 3 order, the respondent's motion for the refusal of Judge Nygaard, and the respondent's motion for a right of oral argument in any case, as well as a two-word excuse in any case. Now, what I'd like to do is just submit that letter with the listing of exhibits into the record. Unless Ms. Haagensen would want me to read each and every item listed to identify which document. Are you satisfied with the submission? I would like to submit more than two. Okay, before we get to your submission. Are you satisfied with including that letter and the January 3 order plus the exhibits referenced there? I'm satisfied with that, but not that I'm submitting them. I don't know how I'm satisfied with the general review of the document there. I understand that, but you're satisfied with it? Yes. Okay. Without hearing any objection, the letter of December 17 and the order of attachments of January 3, 2011, will be submitted and made part of the record here in these two cases. Now, Ms. Haagensen, I know you indicated you had something you would like to submit. Before we get to that, is there anything which you would like to say about the two matters, the two rules that show cause, and the disciplinary hearings, 10-8013 and 10-8046? Yes, sir. I would like to make a statement. I would like to make a statement. I would like to ask you to approach the podium to make that statement. If I may, your Honor, my documents are in my way at this moment. I'll stay on it if you like, but I will be contributing to the review. I know. I don't know if you have a microphone down there, at least. I don't know if you have a microphone there. I don't know if you have a microphone there. I will try to reach you. Mr. Secretary, if you could move your documents to the podium. That will assure that Judge Harneman will be able to hear what you're proposing. Mr. Harneman, if I may just say something before we begin. I want to make sure that you understand here there are two separate cases, one of which originated from the reciprocal auction that came from the Pennsylvania Supreme Court, and the second came from the referral of the panel and not around 9-1-9-5-7. You understand that there are two separate matters. There are two separate rules to show cause. Both of them have been consolidated for this purpose of this hearing today. I understand that. I would like to seek first consent from Judge Harneman to remove the evidence. You may proceed. Thank you. I'll start with a statement expressed by Justice Marshall. It's not true that this court will not take jurisdiction if it should not, but it's equally true that it must take jurisdiction if it should. The judiciary cannot, as the legislature, in any way, abhor the measure because it appears to be confined to the Constitution. We cannot pass a trial because it is going to tell us what are the benefits and what are the difficulties of case-moving attorney. We must decide if it can be brought before us. We have no more right to decline the exercise of jurisdiction which is given than to reset that which is not given. There are no more right to retreat from it to the Constitution. Questions may occur in which we would rather avoid, but we cannot avoid them all. I would like to begin this exercise by addressing Judge Harneman, encouraging him to continue to perform our duty and bring us to the present occasion we find ourselves in now. We request there be the characteristics in all cases arising under the Constitution and laws of the United States. We find no exception to this grant, and we cannot reciprocate as crimes were beginning in 1964. Thank you, Judge Harneman. So would you argue that the United States Supreme Court cannot discontinue the actions you took in the federal and federal jurisdiction? Absolutely. As long as the Supremacy Clause remains written into the United States Constitution, your Honor, a court can be reelected by the decision of judgment to defer these justices, defer them in the case to which their jurisdiction extends. They cannot abdicate their authority of duty in any case in favor of another jurisdiction, that's Shekhar County and Sherman. And, Your Honor, we want to remind this standing community that the 28 U.S.C. 27, section 207, requires that local laws, and we are pursuing a number of local laws, of a district court shall be consistent with the rules of practice and procedure prescribed by the Supreme Court. The U.S. Supreme Court may exercise its inherent supernatural power to ensure that these local laws are consistent with the principles of law and justice. Your Honor, we call Now, it is the Supreme Court of the United States and the 28 U.S.C. 2017 that is vested with the authority to prescribe the rules of practice and procedure, i.e., the Federal Rules of Procedure and the Federal Rules of Health Procedure. If the Federal District Courts and the Circuit Courts yet prescribe local rules of practice, so long as these rules are consistent with the rules of practice and procedure under the Federal Rules of Procedure, I will tell you what's next. So I'll say that the Constitution makes the Constitution the supreme law of the land. Let me ask you a couple of questions about your argument and what you've decided. You raised these issues before the Pennsylvania Supreme Court's disciplinary committee and before the Pennsylvania Supreme Court in their filing, did you not? Yes. Okay. And I believe you also raised these issues in the case 809-1957, both before Mattis Drake Mitchell, Judge McGarry, and the panel of the Third Circuit. Okay, so those issues were raised. And those issues were part of the decision that was handed down in this court in the case of Janis Hankinson versus the Supreme Court of Pennsylvania in all. Yes, but the mandate in that case is issued, and it is a matter of the issues that you raised here today had been raised in that case, correct? Yes. Okay, thank you very much. I would clarify that by saying, of course, that any issue raised before the State Supreme Court of Pennsylvania was raised before a body that had taken no oath of allegiance to the U.S. Constitution, or took that oath of allegiance to the Congress of Pennsylvania. So, federal issues had been tried before by what was an unconstitutional tribunal that had sworn no allegiance to the our sacred republic. There's no oath of allegiance. And in the federal part, of course, as you know, judges don't take an oath of allegiance to the Congress. Instead, they take it to the Supreme Court or to the U.S. Constitution. But in the disciplinary area, the federal courts tend to be reactive. You are admitted to the bar of Pennsylvania, and if Pennsylvania takes some action, usually what happens is federal courts then follow suit. Well, that's not an accurate description in this context because no federal court took any original disciplinary action this week. Not the federal district court, not the Congress. I think that's what I'm saying. Of course, let's say we take an oath to the bar of Pennsylvania, right? That's what the federal courts do. So you're admitted as a member of Pennsylvania, and for some reason, Pennsylvania does not take disciplinary action. Federal courts just tend to follow suit if you're suspended from there. The district court tends to follow suit. The non-court tends to do the same thing. It's not an academy in the state of the world. People suspended from what's the last one? I understand the practice of the state court, the state court. The state court traditionally acted as if they could move on in federal court. There was no original order called, as you know, the district courts used to consider. You were admitted to the federal bar? Yes, I was. OK, the federal bar. The federal bar, which is distinct, as the case now tells you, from the state bar. But you understand how the process works in terms of discipline? Not as you have described it here, but as I understand it, the case law says that only the federal court has jurisdiction to control the conduct of its officers. If I had been practicing in the state court, there was discipline for some collateral matter in the state court. But that never happened. I wasn't practicing. I was practicing exclusively in the federal courts. Let me ask you a couple questions. When did you go to high school? Fifth. When did you graduate? 1937. And when were you admitted to the bar of the Supreme Court of Pennsylvania? I was admitted to the bar in 1975. It's been a while. So you were admitted shortly after your graduation from the University of Pennsylvania School of Law. No, I was going separately to 17. You were admitted to the court, which is the bar of the Western District of Pennsylvania, were you not? Yes. And I believe you also, somewhere along the line, became a member of the bar of the Eastern District of Pennsylvania. Yes. Okay. And you were also admitted to the Third Circuit to work, to practice, correct? That's right. What was that, do you remember? I don't remember. It's been some years. And that was when I was in the United States. But I remember having some control. I can't remember exactly why we were admitted to the Third Circuit. All right. You understand from what Virginia Henberg will ask you, is that in order to be admitted to practice in our court, you needed to be admitted to practice in state or federal court, the Federal District Court. And in your case, it was your admission to practice with the Supreme Court of Pennsylvania. Correct? Well, you know, again, that's not what the case law says, but you were admitted to the Third Circuit, and the Supreme Court's case was settled. It was the best court to that position, followed by several officers. It's nice to look at what the state courts have done, but it was not controlled. In my case, it was completely inaccurate to speak as though I had been guilty of some offense that took place in a state court, or even in a state court. I was practicing in a federal court. If they had wished to discipline me, they'd have every opportunity to do so. Your point is that the discipline that was handed down by the Pennsylvania Supreme Court was as a result of alleged conduct that involved you were there as counsel in the case of Brian B. Combs. Is that correct? Yes, Your Honor. That's the one document I wanted to submit, of course, is the original petition for discipline. The problem is that the in-charges came out of, essentially, the public court, the Third Circuit. Almost everyone who is in the jurisdiction of the Third Circuit who appears to be not in the jurisdiction of the Pennsylvania Supreme Court, they found that I was guilty of obstruction of justice because I saw a petition to serve in a state court. They found me guilty of obstruction of justice because I filed petitions for re-hearing. In the lawful jury appeals, prevailing appeals, and the case appeals, they found me guilty of obstruction of justice because I appeared to be furthering determination. I assessed your right to take appeals, and, of course, in the state court's statute of limitations, we adhere to that. That's an exclusively federal document. So it is statutory for the state court to say that they can punish me because I take a statutory appeal. You are familiar with our court's decision on the case of Faginson v. Supreme Court of Pennsylvania, 0-9-5-7. I know the problem with that, too. I think you're familiar with it. Okay. Whether you have a problem with it or not, you're familiar with the decision that was made. I'm familiar with it. And, again, I have a right to take that up to the Supreme Court. When did you file a petition for reassertion? Well, I presume that with the abstract bond test for two weeks before we dealt with it. I think that's when it was made. It was on its way. It was mailed this last Friday? Friday afternoon. Friday afternoon. It was due on August 7th. And that's in the case of 0-9-1-9-5-7. Yes, it is. Okay. Ms. Hays, I think we understand what your position is as it relates to the Whispanery case of 10-8-0-1-3. Yes. Would you want to comment about the Whispanery matter, 10-8-0-4-6? Yes, I do. As I have just said, local rules of district court have to be consistent with the rules of practice and procedures established by the U.S. Supreme Court. And the colors of courts for Whispanery have to be exercised consistent with the requirements of the due process clause. I'm not sure what we're dealing with.  Now, if you remember, the 2-1-1 principle, the 1-1 has to do with the process. Number one, we have to make a charge in the federal court possible to defend. And the charge has to be known before the proceedings commence. Now, the document 10-8-0-4-6 tells you, the first document there is the full opinion of the U.S. Supreme Court of 0-9-1-9-5-7. The second document there is the right to show cause, which has an excerpt from the DOF 0-9-1-9-5-7. Now, the problem is as follows. I see this as an existential problem, a problem that needs to be processed. That is, in order to show cause, we would need a different excerpt from the left out, the final paragraph. We would describe it as hatred of the public, and it was clear that I was considered this. In addition to this, there's a section in the bottom of the document that says that this was a state court that was surrendering the law into the territory of the federal courts. Now, the problem with this one was the cause that didn't come out of the state court. Can you assume the Supreme Court was the one that also used it? Well, it wasn't the Supreme Court, it was a state court proceeding. A separate case is pending, the first of its kind is moving on to this one. I think that tells you cause. I think it tells you why. The Supreme Court was saying, let's get back before the hearing, let's have built and built a trial. We all know how this is turned out. It was built and built and built, and trials is the technicality, powers is the technicality, let's not only decide, America could challenge the Supreme Court order, let's talk about it through case law. Obviously, it's on the record. I was challenging the decision of the Supreme Court, not what you would do when you first heard that it was pending, or what you would do. Or, as you mentioned, there's a case which is pending, which I'll talk about in a minute. The motions were the end of it. After we were part of it, challenging the Supreme Court order, what's the limit? How can that possibly be defended? I ran the petition for remainder, which I have a stash of documents in there, so you can take a look at the case. I would find it would be defending what we're trying to do against that. The truth of the matter, when we proposed to America, we put all that on the table, and America pushed back and was there. In the last sentence, the Supreme Court said, that's crucial. I've done it in the last sentence. I've been part of the petition. The last sentence said, I've been part of the petition. It all depended on my invention, on my process, on my information, on my page, on my documents. I haven't had a copy of that yet. What happened? It says, for the four finalisms, we will affirm the district court. We will also refer to a mechanism, in this case, the court's opinion, which is already considered, but it is suspended in this court. Why not dispense with the trial, the concept of presumption of innocence? That's a problem. The next problem is, how could I, one would say, in rule 47 of the federal rules, the public procedure, status, public procedure itself, I have to be given an opportunity to defend my representation, if I so desire. How could I possibly defend in this context? My job is to fight out the merits of my challenge to the district court's order. When I do that, I receive the federal rules of the public procedure. I don't have a criminal defense attorney beside me because it is aggressively unfair to put me on trial personally for some presumption of infraction. This is an unlimited federal civil case. Under the federal civil rules, I understand what you're saying in that second sentence that you read. Did you insert that A.L. 138 is currently pending? It is currently pending. Why? Because of this. I'm trying to explain to you what is happening. In fact, I guess at the time, it wasn't pending at that time. It's still pending. I'm trying to figure out what it is that's not correct with that statement. Well, it's not correct to sell the record and refer to some other case. I think I possibly defend against the acquisition and admission of A.L. 138 when I'm writing a power brief in my mind, on my tricep because in a power brief, I'm challenging the district court objectives of others. I don't think anybody's asking me for their tricep in one sentence to consolidate the purposes of our meeting here today. Well, I think what I'll say, Your Honor, is that I absolutely help you and challenge you in the different sentences at that time. I'm just trying to figure out what is wrong with the broken statement that I pushed already. What is wrong, Your Honor, is that I cannot possibly defend against it. I had you write a petition for the hearing. I heard that a lot about court. That's not the same thing as my taking a criminal defense lawyer with me pushing to defend against counsel. You are here today and you were given an opportunity to appear with counsel to defend against that issue. Well, that's not what I'm saying. You have to give me the opportunity. Whether or not I would elect to have counsel by myself. The only way I could challenge this type of meeting is through a petition for re-hearing heard by a lot about court. We had a petition. Did you file a petition for re-hearing? Yes, I did. Okay, and that petition for re-hearing was denied. It was denied. Your Honor, I forgive you, but you are not the Article III court with the power to engage open merits of 09-1957. You've been convened by an Article III court, but you're active pursuant to open merits. But you agree that other than for you filing a petition for a little certiorari, that the mandate is issued in the case of 09-1957. Yes, Your Honor, but I think that's the satisfaction. Look, it's worse than what you do when the kind of meeting that's written is handed down. All of a sudden, you say, I can't personally defend myself in the context of responding under a legal or a civil procedure to this case. What we would like you to do, and we'll say and invite you to do if you want to, is to respond to what has been stated in that opinion by the way in which you responded to the two issues, the effort to recuse Judge Nygaard and your effort to obtain an argument in 09-1957. Well, that probably is speculating you don't have jurisdiction to rule on the merits of the merits panel. Let me say, you're here today but we're giving you the opportunity if you would like to enter before us any comments in mitigation of the statements that have been made in the opinion in 09-1957. That's why you're here. You have two cases. This is one of them. Your Honor, I would say I have not been charged in a form in which I can defend and I have not been given proper notice. If this is not a charging instrument then the appellate opinion in 09-1957 is not a show cause for this. You were served with a rule of show cause in this case. The problem with that is instead of electing Judge Nygaard to frame the charges to publish word for word in the appellate opinion I don't know what I'm being charged with. Is it the sin of having challenged a district court order? Is it the 15-1-08-19? Is it something else? Is it a case that took place   to give me specific notice of the charges that have been raised against me. If you have anything on the charges that have been raised against me then you should call me at the end of November to give me the chance to do that. To publish part of the appellate opinion as that of the one publishing trial of the appellate opinion. I also have to say to be honest that I resent being attacked in a way           the context that I was trying to address in the case that I was trying to address in the         the case that I was trying to address in this case which was certainly an opportunity to address        address in this case which was certainly an opportunity to address the case that I    case  I was trying to I was trying to  in   case that  was trying to address in this case which was certainly an opportunity to address the case that I was          an opportunity to address to address in this       to address the case case that I was  to  in this case which   which   an opportunity to address this case which was  an opportunity to in  case which was an which was an opportunity  address the case that trying  address in this case opportunity to  the case that I case which was an  to which was an          to address in this